UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS P. HARMON, Jr., <br><br> Plaintiff, <br><br> v. <br><br> J. VILLASENOR, <br><br> Defendant. | No. 2:18-cv-2695 JAM DB P <br><br><br> ORDER |

Plaintiff is a state prisoner proceeding pro se. In a document filed March 26, 2021, plaintiff requests the appointment of counsel. The court entered judgment and closed this case on March 27, 2019. Accordingly, this court cannot consider plaintiff's filing. Plaintiff shall file no further documents in this case.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of counsel (ECF No. 15) is denied.

Dated: May 3, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/harm2695.31

1